IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

JIMMY BRASHIER, )
)
Petitioner, )
)
v. ) CIVIL ACTION NO. 02-G-0731-NE
)
WARDEN MITCHEM and THE )
ATTORNEY GENERAL OF THE )
STATE OF ALABAMA, )
)
Respondents. )

**ENTERED**

**MAY 0 6 2002**

## MEMORANDUM OF OPINION

On April 11, 2002, an order was entered ordering the petitioner to inform this court within ten (10) days as to whether he had made an application with the Eleventh Circuit Court of Appeals for permission to bring a successive petition. The petitioner has failed to respond. This action is, therefore, dismissed without prejudice due to the petitioner's failure to comply. An appropriate order will be entered.

**DONE**, this _2nd_ day of _May_, 2002.

_____
J. FOY GUIN, JR.
SENIOR UNITED STATES DISTRICT JUDGE